FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0679

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0679

_____

LISA WARRINGTON,

      Plaintiff and Appellant,

  v.                             O R D E R

GREAT FALLS CLINIC, LLP,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John A. Kutzman, District Judge.

For the Court,

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020